# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION, DAYTON

| | | |
|---|---|---|
| **JERRY E. CARTER,** | : | **CASE NO. 3:20-cv-484** |
| Plaintiff, | : | |
| | : | **District Judge Michael J. Newman** |
| v. | : | |
| | : | **Magistrate Judge Peter B. Silvain, Jr.** |
| **CITY OF TROY, OHIO,** | : | **ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER** |
| Defendant. | : | |

This matter is before the Court on the parties' Joint Motion to Amend the Scheduling Order (Doc. #32). For good cause shown, the Court hereby **GRANTS** the motion (Doc. #32) and extends the discovery deadline to January 24, 2023 and the dispositive motion deadline to February 27, 2023. The undersigned will conduct a final discovery conference on January 12, 2023 at 10:00 a.m.[1]

**IT IS SO ORDERED.**

October 24, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] TELECONFERENCE INSTRUCTIONS: Please call 888-363-4735. The access code is 6287286. The security code is 123456. If you have any questions, please call Chambers at 937-512-1620.