# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JERRY CARTER, | : | Case No. 3:20-cv-484 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| CITY OF TROY, OHIO, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The discovery phase of this case has ended. No discovery motions or other matters referred to the undersigned Judicial Officer remain pending. The parties confirmed in the teleconference on January 12, 2023 with the undersigned Judicial Officer that discovery is complete in the case. The case is presently set for further proceedings before United States District Judge Michael J. Newman. The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No motions or other matters in this case remain pending before the undersigned Judicial Officer.

January 30, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge